**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 7, 2015.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-15-00160-CV

---

## MISHA FERGUSON, INDIVIDUALLY, MISHA FERGUSON, AS MINOR OF N.D.K. AND MISHA FERGUSON, AS MINOR OF S.G.F., Appellant

### V.

## THE ENCLAVE AT COPPERFIELD, Appellee

---

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1057001**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 21, 2015. On June 26, 2015, appellant and appellee filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Busby.